55 A.3d 98

COMMONWEALTH of Pennsylvania ex rel.
Cary ABNEY, Relator/Petitioner

v.

Shelia WOODS–SKIPPER, Judge, Room 206—P.C.R.A.
Unit, Criminal Justice Center, 1301 Filbert Street,
Philadelphia, PA 19107, Respondent.

No. 131 EM 2012.

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

55 A.3d 98

DP PARTNERS PJP–I, LP, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 123 EM 2012.

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Application for Leave to File Original Process is **GRANTED,** and the "Petition of DP Partners Requesting that this Court Exercise Plenary Jurisdiction and for a Writ of Prohibition" is **DENIED.**